FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Center for Biological Diversity<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| U.S. Department of Commerce, U.S. Department of Interior, U.S. Department of Agriculture, U.S. Forest Service<br>*Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. DEPARTMENT OF COMMERCE,
1401 Constitution Ave. NW
Washington, D.C. 20230

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Howard Crystal
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ________________

________________________________
*Signature of Clerk or Deputy Clerk*