**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL DIVERSITY,
1411 K St. NW, Suite 1300
Washington, D.C. 20005,

Plaintiff,

v.

U.S. DEPARTMENT OF COMMERCE,
1401 Constitution Ave., NW
Washington, D.C. 20230,

U.S. DEPARTMENT OF AGRICULTURE
1400 Independence Ave., SW
Washington, D.C. 20250,

U.S. FOREST SERVICE
1400 Independence Ave., SW
Washington, D.C. 20250,

*and*

U.S. DEPARTMENT OF THE INTERIOR,
1849 C Street, NW
Washington, D.C. 20240,

Defendants.

Case No.: 1:25-cv-01571

## AFFIDAVIT OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4, the undersigned counsel hereby certifies that service for the above-captioned case took place as described below.

On May 19, 2025, copies of the Complaint (ECF 1), Summons (ECF 4), Civil Cover Sheet (ECF 1-1), LCvR 26.1 Certification of Disclosure (ECF 2), Motion for Leave to Appear Pro Hac Vice (ECF 3), and Notice of Appearance by Kristine M.

Akland (ECF 6) were sent via USPS Certified Mail to the following, as shown in **Exhibit 1**:

U.S. DEPARTMENT OF COMMERCE,
1401 Constitution Ave, NW,
Washington, DC 20230;
(Tracking Number: 9589 0710 5270 3177 0787 18)

U.S. DEPARTMENT OF AGRICULTURE,
1400 Independence Ave SW,
Washington, DC 20250;
(Tracking Number: 9589 0710 5270 3177 0787 25)

U.S. DEPARTMENT OF INTERIOR,
1849 C Street NW,
Washington, DC 20240;
(Tracking Number: 9589 0710 5270 3177 0787 49)

U.S. FOREST SERVICE,
1400 Independence Ave SW,
Washington, DC 20250
(Tracking Number: 9589 0710 5270 3177 0787 32)

Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530
(Tracking Number: 9589 0710 5270 3177 0787 56)

Pamela Bondi, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(Tracking Number: 9589 0710 5270 3177 0787 63)

On May 27, 2025, I received confirmation via the USPS Tracking system that service packages to the Department of Commerce and Department of Interior had been delivered, as shown in **Exhibit 2**.

On May 28, 2025, I received confirmation via the USPS Tracking system that service packages to the Department of Agriculture, US Forest Service, Attorney General, and US Attorney for DC had been delivered, as shown in **Exhibit 3.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 24, 2025

Respectfully submitted,

*/s/ Howard M. Crystal*
Howard M. Crystal
(D.C. Bar No. 446189)
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, D.C. 20005
Tel: (202) 849-8401
Email: hcrystal@biologicaldiversity.org

*/s/ Kristine M. Akland*
Kristine M. Akland (MT Bar. No. 13878)
Center for Biological Diversity
317 E. Spruce St.
Missoula, MT 59802
Phone: (406) 544-9863
kakland@biologicaldiversity.org

*Attorneys for Plaintiff*