# EXHIBIT 1

9589 0710 5270 3177 0787 63

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☑ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

Pamela Bondi, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3177 0787 18

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☑ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

U.S. DEPARTMENT OF COMMERCE,
1401 Constitution Ave. NW
Washington, D.C. 20230

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3177 0787 49

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☑ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

U.S. DEPARTMENT OF INTERIOR,1111
1849 C Street, NW
Washington, D.C. 20240

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3177 0787 56

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☑ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

U.S. Attorney's Office for D.C.
Civil Process Clerk
601 D Street, NW
Washington, D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3177 0787 25

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☑ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

U.S. DEPARTMENT OF AGRICULTURE
1400 Independence Ave., SW
Washington D.C. 20250

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3177 0787 32

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☑ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here

U.S. FOREST SERVICE
1400 Independence Ave., SW
Washington D.C. 20250

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

# EXHIBIT 2

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703177078718

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:57 am on May 27, 2025 in WASHINGTON, DC 20230.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20230
May 27, 2025, 9:57 am

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

### Text & Email Updates

---

### Return Receipt Electronic

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

bportela@biologicaldiversity.org

# USPS Tracking®

FAQs

Tracking Number:

Remove

## 9589071052703177078749

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:51 am on May 27, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20240
May 27, 2025, 11:51 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 27, 2025, 8:51 am

**In Transit to Next Facility**

May 23, 2025

**Arrived at USPS Regional Facility**

OAKLAND CA DISTRIBUTION CENTER
May 19, 2025, 11:10 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

# EXHIBIT 3

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**9589071052703177078725**

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:14 am on May 28, 2025 in WASHINGTON, DC 20250.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20250
May 28, 2025, 9:14 am

Feedback

**Arrived at Post Office**

WASHINGTON, DC 20018
May 28, 2025, 6:44 am

**In Transit to Next Facility**

May 23, 2025

**Arrived at USPS Regional Origin Facility**

OAKLAND CA DISTRIBUTION CENTER
May 19, 2025, 11:10 pm

**Departed Post Office**

OAKLAND, CA 94615
May 19, 2025, 5:28 pm

**USPS in possession of item**

OAKLAND, CA 94615
May 19, 2025, 3:37 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

### Text & Email Updates

### Return Receipt Electronic

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

bportela@biologicaldiversity.org

### USPS Tracking Plus®

### Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

**9589071052703177078732**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:14 am on May 28, 2025 in WASHINGTON, DC 20250.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20250
May 28, 2025, 9:14 am

**Arrived at Post Office**

WASHINGTON, DC 20018
May 28, 2025, 6:44 am

**In Transit to Next Facility**

May 23, 2025

**Arrived at USPS Regional Facility**

OAKLAND CA DISTRIBUTION CENTER
May 19, 2025, 11:10 pm

**Hide Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9589071052703177078763

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:03 am on May 28, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
May 28, 2025, 5:03 am

Feedback

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20018
May 27, 2025, 2:37 pm

**Arrived at Post Office**

WASHINGTON, DC 20018
May 27, 2025, 8:43 am

**In Transit to Next Facility**

May 23, 2025

**Arrived at USPS Regional Origin Facility**

OAKLAND CA DISTRIBUTION CENTER
May 19, 2025, 11:10 pm

**Departed Post Office**

OAKLAND, CA 94615

May 19, 2025, 5:28 pm

**USPS in possession of item**
OAKLAND, CA 94615
May 19, 2025, 3:43 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates

## Return Receipt Electronic

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

bportela@biologicaldiversity.org

## USPS Tracking Plus®

## Product Information

**See Less**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ×

**Tracking Number:**

## 9589071052703177078756

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:03 am on May 28, 2025 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
May 28, 2025, 5:03 am

Feedback

**Redelivery Scheduled for Next Business Day**

WASHINGTON, DC 20018
May 27, 2025, 2:37 pm

**Arrived at Post Office**

WASHINGTON, DC 20018
May 27, 2025, 8:43 am

**In Transit to Next Facility**

May 23, 2025

**Arrived at USPS Regional Origin Facility**

OAKLAND CA DISTRIBUTION CENTER
May 19, 2025, 11:10 pm

**Departed Post Office**

OAKLAND, CA 94615

May 19, 2025, 5:28 pm

**USPS in possession of item**

OAKLAND, CA 94615
May 19, 2025, 3:42 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**Return Receipt Electronic**

Confirmation

Your Proof of Delivery record is complete and will be processed shortly.

Your confirmation will be sent to the following:

bportela@biologicaldiversity.org

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**